

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00400-CR

———————————————————

RADU CHIVU, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. F17-2073-16

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

Appellant Radu Chivu was convicted of aggravated assault on October 23, 2019. *See* Tex. Penal Code Ann. § 22.02. On January 6, 2020, the trial court granted Appellant's motion for a new trial and set aside the conviction. By letter dated January 23, 2020, we notified the parties of our concern that we lack jurisdiction because there is no longer a judgment of conviction in this case and cautioned that we would dismiss the appeal unless any party filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 43.2(f), 44.3; *Shipp v. State*, No. 02-17-00362-CR, 2019 WL 153767, at *1 (Tex. App.—Fort Worth Jan. 10, 2019, no pet.) (mem. op., not designated for publication). We have received no response. We therefore dismiss the appeal for want of jurisdiction. Tex. R. App. P. 43.2(f), 44.3.

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 27, 2020